# EXHIBIT A

CAM-L-001006-19   03/12/2019 2:03:24 PM  Pg 1 of 35 Trans ID: LCV2019444613

Appendix XII-B1

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**
**if information above the black bar is not completed**
**or attorney's signature is not affixed**

| FOR USE BY CLERK'S OFFICE ONLY | |
|---|---|
| PAYMENT TYPE: ☐ CK ☐ CG ☐ CA | |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| MICHAEL POWER, ESQ. | (610) 558-6220 | Camden |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| POWER & ASSOCIATES, PC | |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 1790 WILMINGTON PIKE SUITE 200, GLEN MILLS PA 19342 | COMPLAINT |
| | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| SANDHYA KAMINENI AND ARUN KANDRA | SANDHYA KAMINENI AND ARUN KANDRA V. TESLA INC. |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?    ☐ YES  ■ NO |
|---|---|---|
| 512 | ☐ YES  ■ NO | IF YOU HAVE CHECKED "YES", SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ YES  ■ No | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) |
|---|---|
| ☐ YES  ■ No | ■ NONE  ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ Yes  ■ No | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER/EMPLOYEE  ☐ FAMILIAL | ☐ FRIEND/NEIGHBOR  ☐ BUSINESS | ☐ OTHER (explain) |
|---|---|---|---|

| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? | ■ YES  ☐ No |
|---|---|

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?  ☐ YES  ■ No | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?  ☐ YES  ■ No | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

**Side 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I - 150 days' discovery**
- 151   NAME CHANGE
- 175   FORFEITURE
- 302   TENANCY
- 399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502   BOOK ACCOUNT (debt collection matters only)
- 505   OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506   PIP COVERAGE
- 510   UM or UIM CLAIM (coverage issues only)
- 511   ACTION ON NEGOTIABLE INSTRUMENT
- 512   LEMON LAW
- 801   SUMMARY ACTION
- 802   OPEN PUBLIC RECORDS ACT (summary action)
- 999   OTHER (briefly describe nature of action)

**Track II - 300 days' discovery**
- 305   CONSTRUCTION
- 509   EMPLOYMENT (other than CEPA or LAD)
- 599   CONTRACT/COMMERCIAL TRANSACTION
- 603N  AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
- 603Y  AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
- 605   PERSONAL INJURY
- 610   AUTO NEGLIGENCE – PROPERTY DAMAGE
- 621   UM or UIM CLAIM (includes bodily injury)
- 699   TORT – OTHER

**Track III - 450 days' discovery**
- 005   CIVIL RIGHTS
- 301   CONDEMNATION
- 602   ASSAULT AND BATTERY
- 604   MEDICAL MALPRACTICE
- 606   PRODUCT LIABILITY
- 607   PROFESSIONAL MALPRACTICE
- 608   TOXIC TORT
- 609   DEFAMATION
- 616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617   INVERSE CONDEMNATION
- 618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV - Active Case Management by Individual Judge / 450 days' discovery**
- 156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303   MT. LAUREL
- 508   COMPLEX COMMERCIAL
- 513   COMPLEX CONSTRUCTION
- 514   INSURANCE FRAUD
- 620   FALSE CLAIMS ACT
- 701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Multicounty Litigation (Track IV)**

| | | | |
|---|---|---|---|
| 271 | ACCUTANE/ISOTRETINOIN | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 291 | PELVIC MESH/GYNECARE |
| 278 | ZOMETA/AREDIA | 292 | PELVIC MESH/BARD |
| 279 | GADOLINIUM | 293 | DEPUY ASR HIP IMPLANT LITIGATION |
| 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL | 295 | ALLODERM REGENERATIVE TISSUE MATRIX |
| 282 | FOSAMAX | 296 | STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 297 | MIRENA CONTRACEPTIVE DEVICE |
| 286 | LEVAQUIN | 299 | OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR |
| 287 | YAZ/YASMIN/OCELLA | 300 | TALC-BASED BODY POWDERS |
| 288 | PRUDENTIAL TORT LITIGATION | 601 | ASBESTOS |
| 289 | REGLAN | 623 | PROPECIA |

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category** ☐ Putative Class Action   ☐ Title 59

Effective 12-07-2015, CN 10517-English

Michael Power, Esq.                          ATTORNEY FOR PLAINTIFF
Power & Associates, P.C.
1790 Wilmington Pike
Glen Mills, PA 19342
610-558-6220
ID: 036611986

| | |
|---|---|
| SANDHYA KAMINENI AND | : SUPERIOR COURT OF NEW JERSEY |
| ARUN KANDRA | : CAMDEN COUNTY |
| 119 EMERALD VALLEY LANE | : |
| BASKING RIDGE NJ 07920 | : |
| | : |
| v. | : |
| | : CIVIL ACTION |
| TESLA, INC. | : DOCKET NO. |
| 3500 DEER CREEK ROAD | : |
| PALO ALTO CA 94304 | : LAW DIVISION |
| | : |
| | : |
| | : SUMMONS |

From The State of New Jersey,
To The Defendant Named Above,
Name of Defendant to be Served: TESLA, INC.
Address of the Defendant to be Served: 3500 Deer Creek Rd. Palo Alto CA 94304. The plaintiff,
named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint
attached to this summons states the basis for this lawsuit. If you dispute the complaint, you or your
attorney must file a written answer or motion and proof of service with the deputy clerk of the
Superior Court in the county listed above within 35 days from the date you received this summons,
not counting the date you received it. (The address of each deputy clerk of the Superior Court is
provided.) A $175.00 filing fee payable to the Clerk of the Superior Court and a completed Case
Information Statement (available from the deputy clerk of the Superior Court) must accompany
your answer or motion when it is filed. You must send a copy of your answer or motion to plaintiff's
attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A
telephone call will not protect your rights; you must file and serve a written answer or motion (with
fee and completed Case Information Statement) if you want the court to hear your defense. If you do
not file and serve a written answer or motion within 35 days, the court may enter a judgment against
you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you,
the Sheriff may seize your money, wages or property to pay all or part of the judgment.
If you cannot afford an attorney, you may call the Legal Services office in the county where you live.
A list of those offices is provided. If you do not have an attorney and are not eligible for free legal
assistance, you may obtain a referral to an attorney by calling on of the Lawyer Referral Service. A
list of these numbers is also provided.   Dated: _____

                                        Clerk of the Superior Court

Michael Power, Esq.                           **ATTORNEY FOR PLAINTIFF**
Power & Associates, P.C.
1790 Wilmington Pike
Suite 200
Glen Mills, PA 19342
610-558-6220
ID: 036611986


SANDHYA KAMINENI and          :
ARUN KANDRA                   :        **SUPERIOR COURT OF**
119 EMERALD VALLEY LANE       :        **NEW JERSEY-CAMDEN COUNTY**
BASKING RIDGE NJ 07920        :        **CIVIL ACTION**
                              :
                              :
          v.                  :        **LAW DIVISION**
TESLA, INC.                   :        **NO.**
3500 DEER CREEK ROAD          :
PALO ALTO CA 94304            :        **JURY TRIAL DEMANDED**
                              :

## COMPLAINT

1.      Plaintiffs, Sandhya Kamineni and Arun Kandra, are legal residents of the State of

New Jersey residing at 119 Emerald Valley Lane, Basking Ridge NJ 07920.

2.      Defendant, Tesla, Inc. is a business corporation qualified to do business in the

State of New Jersey, organized, incorporated, and existing under the laws of the State of New

Jersey, with its legal residence and its principle place of business located in California and can be

served at 3500 Deer Creek Road, Palo Alto CA 94304.

## BACKGROUND

3.      On or about March 23, 2018, Plaintiffs purchased a new 2017 Tesla S 100D manufactured and warranted by Defendant, bearing the Vehicle Identification Number 5YJSA1E26HF228829.  The vehicle was leased and registered in the State of New Jersey.

4.      The purchase price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified yet recoverable under the Lemon Law, totaled more than $112,000.00. A true and correct copy of the vehicle order form and/or retail installment sales agreement is attached hereto, made a part hereof and marked Exhibit "A".

5.      Plaintiffs aver that as a result of the ineffective repair attempts made by Defendant and its authorized dealer, the vehicle cannot be utilized for the purposes intended by Plaintiffs at the time of acquisition and, as such, the vehicle is worthless.

6.      Plaintiffs aver that attorney fees and costs of this action, recoverable elements of the claims asserted herein and a component of the amount in controversy, may exceed $10,000 if this case proceeds to arbitration and jury trial.

7.      In consideration for the purchase of the above vehicle, Defendant issued to Plaintiffs several written warranties, including a three (3) year or thirty-six thousand (36,000) mile warranty and other warranties, as set forth in the warranty booklet, delivered at the time of purchase.

2

## COUNT I
## LEMON LAW

8.  Plaintiffs hereby incorporate paragraphs 1 through 7 inclusive as if set forth fully below.

9.  Plaintiffs, Sandhya Kamineni and Arun Kandra., are both a "Purchaser" as defined by N.J.S.A. 56:12-30.

10.  Defendant is a "Manufacturer" as defined by N.J.S.A. 56:12-30.

11.  Tesla, Inc. Paramus is and/or was at the time of purchase a "Dealer or Motor Vehicle Dealer" in the business of buying, selling, and/or exchanging vehicles as defined by 56:12-30.

12.  On or about March 23, 2018, Plaintiffs took possession of the above-mentioned vehicle and experienced non-conformities as defined by N.J.S.A. 56:12-1 et. seq., which substantially impair the use, value and/or safety of the vehicle.

13.  The non-conformities violate the express written warranties issued to Plaintiffs by Defendant.

14.  N.J.S.A. 56:12-32 of the Act provides:

    a.  If, during the period specified in section 3 of this act, the manufacturer or its dealer is unable to repair or correct a nonconformity within a reasonable time, the manufacturer shall accept return of the motor vehicle from the consumer.  The manufacturer shall provide the consumer with a full refund of the purchase price of the original motor vehicle including any stated credit or allowance for the consumer's used motor vehicle, the cost of any options or other modifications arranged, installed, or made by the manufacturer or its dealer within 30 days after the date or original delivery, and any other charges or fees including, but not limited to, sales tax, license and registration fees, finance charges, reimbursement for towing and reimbursement for actual expenses incurred by the consumer for the rental of a motor vehicle equivalent to the consumer's motor vehicle and limited to the period during which the consumer's motor vehicle was out of service due to a nonconformity, less a reasonable allowance for vehicle use.

15.  N.J.S.A. 56:12-33 provides a presumption of a reasonable number of repair attempts:

    a.  It is presumed that a manufacturer or its dealer is unable to repair or correct a nonconformity within a reasonable time if, within the first eighteen thousand miles of operation or during the period of two years following the date of original delivery of the motor vehicle to a consumer, whichever is the earlier date:

(1)  Substantially the same nonconformity has been subject to repair three or more times  by the manufacturer or its dealer and the nonconformity continues to exist; or

(2)  The motor vehicle is out of service by reason of repair for one or more nonconformities for a cumulative total of 20 or more calendar days since the original delivery of the motor vehicle and a nonconformity continues to exist.

16.     Plaintiffs have satisfied the above definition as their vehicle has been subject to repair more than three (3) times for the same non-conformity, and the non-conformity remains uncorrected.

17.     In addition, the above vehicle has or will in the future be out of service by reason of the non-conformities complained of for a cumulative total of twenty (20) days or more.

18.     Plaintiffs have delivered the non-conforming vehicle to an authorized service and repair facility of the manufacturer on numerous occasions.  After a reasonable number of attempts, the manufacturer was unable to repair the non-conformities.

19.     The first warranty repair attempt is believed to have occurred on April 18, 2018 when the vehicle's odometer showed 6,614miles. On that date, repair attempts were made to the vehicle's vibration condition.  A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "B".

20.     The second warranty repair attempt is believed to have occurred on or before June 1, 2018, when the vehicle's odometer showed 9,781 miles. On that date, repair attempts were made to the vehicle's vibration condition. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "C".

21.     The third warranty repair attempt is believed to have occurred on or before July 12, 2018, when the vehicle's odometer showed 13,165 miles. On that date, repair attempts were made to the vehicle's noise condition, defective blower and shaking condition. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "D".

22.     The fourth warranty repair attempt is believed to have occurred on or before October 24, 2018, when the vehicle's odometer showed 22,025 miles. On that date, repair attempts were made to the vehicle's vibration condition, defective brakes and noise condition. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "E".

23.     The fifth warranty repair attempt is believed to have occurred on or before January 31, 2019 when the vehicle's odometer showed 29,182miles. On that date, repair attempts were made to the vehicle's noise condition and defective bluetooth. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "F".

24.     The vehicle continues to exhibit defects and non-conformities which substantially impair its use, value and/or safety as provided in N.J.S.A. 56:12-1 et. seq. performed on plaintiff's vehicle.

25.     In addition, the vehicle has been subject to numerous additional warranty repairs for various nonconformities for which no repair invoices were rendered.

26.     Plaintiffs have been and will continue to be financially damaged due to Defendant's intentional, reckless, wanton and negligent failure to comply with the provisions of N.J.S.A. 56:12-1 et. seq.

27.     Plaintiffs further aver that they have provided Defendant with a final repair attempt prior to filing the within complaint.

28.     Plaintiffs further aver that they have resorted to defendant's Arbitration process prior to filing the within Complaint.

29.      In addition, Plaintiffs aver Defendant's Dispute Resolution Program has not been found in compliance with 16 CFR 703 by the FTC for the period of time this claim was submitted.

30.     Pursuant to N.J.S.A. 56:12-1, Plaintiffs seek relief for losses due to the non-conformities and defects in the above-mentioned vehicle in addition to reasonable attorney fees and all court costs.

WHEREFORE, Plaintiffs respectfully demand judgment in their favor and against Defendant in an amount equal to the purchase price of the subject vehicle, plus all available collateral charges and attorney fees.

7

## COUNT II
## MAGNUSON-MOSS CLAIM

31.    Plaintiffs hereby incorporate paragraphs 1 through 30 by reference as if set forth at length herein.

32.    Plaintiffs are a "Consumer" as defined by 15 U.S.C. §2301(3).

33.    Defendant is a "Warrantor" as defined by 15 U.S.C. §2301(5).

34.    By the terms of the express written warranties referred to in this Complaint, Defendant agreed to perform effective warranty repairs at no charge for parts and/or labor.

35.    Defendant has made attempts on several occasions to comply with the terms of its express warranties, however, such repair attempts have been ineffective.

36.    As a direct and proximate result of Defendant's failure to comply with the express written warranties, Plaintiffs have suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiffs are entitled to bring suit for such damages and other legal and equitable relief.

37.    Plaintiffs aver that upon successfully prevailing upon the Magnuson-Moss claim herein, all reasonable attorney fees are recoverable and are demanded against Defendant.

WHEREFORE, Plaintiffs respectfully demand judgment in their favor and against Defendant in an amount equal to the purchase price of the subject vehicle, plus all available collateral charges and attorney fees.

8

## COUNT III
## BREACH OF WARRANTY

38.     Plaintiffs hereby incorporate paragraphs 1 through 37 by reference as if set forth at length herein.

39.     The defects and non-conformities existing within the vehicle constitute a breach of contractual and statutory obligations of Defendant, including but not limited to the following:

a.     Express Warranty;

b.     Implied Warranty Of Merchantability pursuant to the New Jersey Uniform Commercial Code; and

c.     Implied Warranty Of Fitness For A Particular Purpose pursuant to the New Jersey Uniform Commercial Code.

40.     The purposes for which Plaintiffs purchased this vehicle include, but are not limited to, personal, family and household use.

41.     At the time of this purchase and at all times subsequent thereto, Plaintiffs have justifiably relied upon Defendant's express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

42.     At the time of the purchase and at all times subsequent thereto, Defendant was aware Plaintiffs were relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject vehicle.

9

43.     Plaintiffs have incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

44.     Such damages include, but are not limited to, the purchase price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

WHEREFORE, Plaintiffs respectfully demand judgment in their favor and against Defendant, in an amount equal to the purchase price of the subject vehicle, plus all available collateral charges and attorney fees.

## COUNT IV
## CONSUMER FRAUD CLAIM

45.     Plaintiffs hereby incorporate paragraphs 1 through 44 by reference as if set forth at length herein.

46.     Defendant's actions surrounding the sale and servicing of the subject vehicle were unconscionable. Defendant's agents also acted with a reckless and callous disregard for Plaintiffs' rights in negotiating and handling this claim. Defendant's agents dangerously and recklessly failed to act upon plaintiff's complaints or investigate the same exposing plaintiffs to ongoing danger and financial detriment.

47.     The servicing dealers who performed warranty repairs on plaintiffs' vehicle are agents of defendant who were working within the scope of their agency relationship.

48.     The invoices provided to plaintiff for the warranty repairs performed failed to adequately disclose all material information regarding the repairs including all diagnosis made and all work performed in direct violation of N.J.S.A. §56:12-34(c).

49.     The servicing dealers failed to provide plaintiffs with invoices for some repairs in direct violation of N.J.S.A. §56:12-34(c).

50.     The selling dealer failed to provide plaintiffs with a Lemon Law disclosure statement in direct violation of N.J.S.A. §56:12-34.

51.     N.J.S.A. 56:8-1 entitled "FRAUD, ETC., IN SALES OR ADVERTISEMENTS OF MERCHANDISE" prohibits the aforementioned actions taken by defendant in the sale and attempted repair of the subject vehicle.

52.     Defendant's intentional, reckless, wanton, and willful violation of New Jersey's Consumer Fraud Act entitles Plaintiffs to an additional award of attorney fees and exemplary damages.

53.     Plaintiffs believe and aver that the reckless, wanton and willful failure of Defendant to comply with the terms of the written warranties constitutes an unfair method of competition.

54.     The Court, in its discretion is authorized to award discretionary damages for violations of the Act and Plaintiffs seek to recover same.

11

WHEREFORE, Plaintiffs respectfully demand judgment in their favor and against Defendant in an amount of discretionary damages to be determined by the Court, plus all collateral charges and attorney fees.

## COUNT V
## REVOCATION OF ACCEPTANCE OF CONTRACT

55.   Plaintiffs hereby incorporate paragraphs 1 through 54 by reference as if set forth at length herein.

56.   The defects and the conditions suffered by the vehicle substantially impair the vehicle's use, value and safety and render it unfit for the purposes for which Plaintiffs purchased the vehicle.

57.   Plaintiffs, almost immediately after delivery of the vehicle, complained to defendant regarding the vehicle's various nonconformities.

58.   Plaintiffs have notified defendants that he has revoked his acceptance of the vehicle as a result of the various nonconformities.

59.   Plaintiffs' revocation of acceptance was made in a timely manner.

60.   Accordingly, plaintiffs demand that the purchase price, including all collateral charges be returned.

12

WHEREFORE, Plaintiffs respectfully demand judgment in their favor and against Defendant.

POWER & ASSOCIATES, P.C.

MICHAEL POWER
MDP - 0286
Attorney for Plaintiffs
1790 Wilmington Pike, Suite 200
Glen Mills, PA 19342
610-558-6220

13



## Pro-Forma Motor Vehicle Purchase Agreement
### Estimated Price Sheet

|  | March 23, 2018 |
|---|---|
| Sandhya Kamineni<br>Arun Kandra<br>119 emerald valley ln,<br>Basking Ridge, NJ 07920 | Tesla, Inc.<br>1 Garden State Plaza, Suite 2124<br>Paramus, NJ 07652<br>Dealer No. 00620N |
|  | 03/21/2018 |

| New/Used | Year | Make | Model | Style | Vehicle Identification Number | ODO Mileage |
|---|---|---|---|---|---|---|
| New - Previous service/demo vehicle | 2017 | TESLA | Model S 100D | SEDAN | 6YJSA1E26HF228829 | 003830 |

| | | | | |
|---|---|---|---|---|
| **1.** | **Total Cash Price** | | | |
| | A. | Cash price of motor vehicle, options, accessories and fees. | | |
| | | (See attached Vehicle Configuration for itemization.) | $      112,000.00 | (A) |
| | B. | Less Tesla Vehicle Trade-In (see Trade-In Annex) | $             0.00 | (B) |
| | C. | Other: Price Adjustment | $     -11,400.00 | (C) |
| | D. | Other: Referral Credit | $             0.00 | (D) |
| | E. | Subtotal of Taxable Items (A through D) | $      100,600.00 | (E) |
| | F. | Sales Tax* | $             0.00 | (F) |
| | G. | Lien Balance due on Trade-In | $             0.00 | (G) |
| | Total Cash Price (E through G) | | $      100,600.00 | (1) |
| **2.** | **Amounts Paid to Government Agencies*** | | | |
| | A. | Registration/Transfer/Titling Fees | $         311.00 | (A) |
| | B. | License Fees | $             0.00 | (B) |
| | C. | Other: Title Fee | $           85.00 | (C) |
| | D. | Other: | $             0.00 | (D) |
| | Total Government Fees (A through D)* | | $         396.00 | (2) |
| **3.** | **Subtotal (1 through 2)** | | $      100,996.00 | (3) |
| **4.** | **Total Credits** | | | |
| | A. | Order Payment | $        2,500.00 | (A) |
| | B. | Other: Wells Fargo Dealer Services | $       90,540.00 | (B) |
| | C. | Order Modification Fee Credit | $             0.00 | (C) |
| | Total Credits (A through C)* | | $       93,040.00 | (4) |
| **5.** | **Amount Due from Buyer (3 through 4)** | | $        7,956.00 | (5) |

+ This document is provided for your convenience. Amounts included in this Estimated Price Sheet are subject to change. These estimated amounts will be recalculated and finalized at the time of delivery.


PLAINTIFF'S
EXHIBIT



## Pro-Forma Motor Vehicle Purchase Agreement

| Customer | Description | Total in USD |
|---|---|---|
| | Model S 100D | $94,000.00 |
| Sandhya Kamineni | Dual Motor All Wheel Drive | |
| Arun Kandra | Pearl White Multi-Coat Paint | $1,500.00 |
| 119 emerald valley ln | Sunroof | $2,000.00 |
| Basking Ridge, NJ 07920 | 19" Silver Wheels | |
| | White Premium Interior | $3,300.00 |
| (732) 595-6775 | Premium White Seats | |
| kandr.9990@gmail.com | Dark Ash Wood décor | |
| | Dark Headliner | |
| **VIN** 5YJSA1E26HF228829 | Enhanced Autopilot | $5,000.00 |
| | 72 amp Charger Upgrade | |
| **Reservation** RN1116678 | Smart Air Suspension | |
| **Deposit paid** $2,500.00 | Premium Interior Package | $5,000.00 |
| | Premium Sound | |
| **Accepted by** 3/21/2018 3:23:33 PM | Subzero Weather Package | |
| **Customer on** | | |

Price indicated does not include taxes and
governmental fees, which will be
calculated as your delivery date nears.
You will be responsible for these
additional taxes and fees. See price sheet
for estimated amounts.

| | |
|---|---|
| Subtotal | $110,800.00 |
| Destination Fee | $1,125.00 |
| Documentation Fee | $75.00 |
| Order Modification Fee | $0.00 |
| Transportation Fee | $0.00 |
| **Total** | $112,000.00 |

$0.00

CAM-L-001006-19   03/12/2019 2:03:24 PM  Pg 19 of 35 Trans ID: LCV2019444613



**TESLA MOTORS**
135 Route 22 East,
Springfield, NJ 07081
Ph: (973) 921-0925
Fax:

## Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri: 9:00 a.m. to 6:00 p.m.

E.P.A ID# NJR986639698

| | |
|---|---|
| Invoice Date | Reference Number |
| 18-Apr-2018 | RONC9821020857 |
| Date/Time Received | Date/Time Promised |
| 18-Apr-2018 3:59 p.m. | |
| Odometer In | Odometer Out |
| 6614 Miles | 6624 Miles |
| Ready Date | |
| 19-Apr-2018 | |
| Service Advisor | |
| Raghav Dahiya | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| arun kandra | 7325955775 | | 5YJSA1E26HF228829 |
| 119 emerald valley ln, | | | |
| basking ridge, NJ 07820 | Year | Model   License Plate | Color |
| kandra999@gmail.com | 2017 | Model S | Pearl White Multi-Coat Paint |

| Job Number | Description Of Work | | Amount (USD) |
|---|---|---|---|
| | Concern: Courtesy Services Provided | | |
| | Corrections: Car Wash | | |
| | Vehicle was hand washed. | | |
| **1** | Pay Type: Goodwill - Service | | 0.00 |

Concern: Customer request to purchase all season mats.

MISC Items: NO LABOR PERFORMED

All weather mats were installed.

**MISC Items**

| Job Number | Part | Quantity | Amount |
|---|---|---|---|
| **2** | ALLWEATHER INTERIOR FLOOR LINER SET (LHD), MS (1019290-00-B) | 1 | 0.00 |

Pay Type: Goodwill - Service



PLAINTIFF'S EXHIBIT

Concern: Customer: Feels a vibration from the front of the vehicle, it feels as if it's coming from the right of the vehicle

Corrections: Exterior NVH General Diagnosis

Verified customers concern,  the front left tire was found to have excessive road force causing vibration. Road test verified vehicle is operating as designed.

Corrections: Tire - Front - LH

**3**     Front left tire was removed and replaced.                                          0.00

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| 245/45R19 MICHELIN PRIMACY MXM4 TIRE (1085205-00-A) | 1 |
| Tire Disposal Fee (1025331-00-A) | 1 |

Pay Type: Goodwill - Service

Concern: Perform courtesy inspection.

Corrections: Courtesy Inspection

**4**
- Pulled logs and checked for active faults: No active faults found
- Checked firmware version: Updated to latest version
- Topped off washer fluid.
- Verified wiper and washer jet operation: Good, no issue.
- Checked all seat belts and latches.
- Tested and inspected customer's charge cable: Good, no issue.
- Vehicle charged normally @40amps.
- Adjusted tire pressure to: 45 PSI front, 45 PSI rear.
- Measured tire tread depth at:
      (Outer)  (Center)   (Inner)
 LF:  9/32     9/32       9/32
 RF:  9/32     9/32       9/32
 LR:  9/32     9/32       9/32
 RR:  9/32     9/32       9/32

                                                                                    0.00

Pay Type: Goodwill - Service

Concern: Customer: Requests firmware update if available

Corrections: Firmware General Diagnosis

Firmware was staged onto vehicle.

**5**     Pay Type: Goodwill - Service                                                  0.00

CAM-L-001006-19   03/12/2019 2:03:24 PM  Pg 21 of 35 Trans ID: LCV2019444613

| | | |
|---|---|---|
| Service Center hourly rate: USD 175.00 | Total Labor & Miscellaneous Items | 0.00 |
| All parts are new unless otherwise specified. | Total Parts | 0.00 |
| Notes: | Shipping | 0.00 |
| | Discount | 0.00 |
| | Referral Credit | 0.00 |
| | **Subtotal** | **0.00** |
| Payment Terms: | Sales Tax | 0.00 |
| Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT | **TOTAL AMOUNT** | **0.00** |

| Additional Amount | Revised Estimate | Job Number | Date & Time | Approved By (if it By Phone) |
|---|---|---|---|---|

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service; items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged a storage fee from the fourth working day after you are notified that repairs on your vehicle are complete.

You may request to receive replaced parts, except parts normally sold on an exchange basis or subject to a manufacturer's warranty.

The warranty for any service or repair work performed by Tesla on your vehicle, if any, is set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla disclaims all other express or implied warranties with respect to any repairs or products used in repairs. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

**Signature:** _____   **Date:** _____

I hereby authorize the repair work about to be done along with the necessary material and agree that Tesla Motors is not responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond Tesla's control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Tesla Motors and its employees to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. The distance could be as little as a couple of miles or could be as high as 100-200 miles. Customer understands and approves the driving of miles associated with diagnosis and testing. Any express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Any warranties on products sold hereby are those are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said parts. Any limitation contained herein does not apply where prohibited by law.





CAM-L-001006-19   03/12/2019 2:03:24 PM  Pg 22 of 35 Trans ID: LCV2019444613



**TESLA MOTORS**
135 Route 22 East,
Springfield, NJ 07081
Ph: (973) 921-0925
Fax:

**Invoice**

SERVICE DEPARTMENT HOURS
Mon-Fri: 9:00 a.m. to 6:00 p.m.

E.P.A.ID# NJR986639698

| | |
|---|---|
| Invoice Date | Reference Number |
| 01-Jun-2018 | RONC9821022480 |
| Date/Time Received | Date/Time Promised |
| 01-Jun-2018 2:06 p.m. | |
| Odometer In | Odometer Out |
| 9779 Miles | 9781 Miles |
| Ready Date | |
| 02-Jun-2018 | |
| Service Advisor | |
| John O'Shaughnessy | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| arun kandra | 7325956775 | | 5YJSA1E26HF228829 |
| 119 emerald valley ln, | | | |
| basking ridge, NJ 07920 | | | |
| kandra999@gmail.com | | | |
| | Year | Model | License Plate | Color |
| | 2017 | Model S | | Pearl White Multi-Coat Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| | Concern: Courtesy Services Provided | |
| | Corrections: Car Wash | |
| | Courtesy wash and vacuum performed. | |
| | Corrections: Valet Service | |
| **1** | One-time goodwill valet service provided. | 0.00 |
| | | |
| | Pay Type: Goodwill - Service | |

04-Feb-2019 6:44 P.m.


PLAINTIFF'S
EXHIBIT
C

Concern: High speed vibration - not sure of location

Corrections: Rebalance 4 Tires

Balanced all 4 tires on vehicle and installed on vehicle accordingly.

Corrections: Four Wheel Alignment - Check and Adjust (with Air Suspension)

Performed 4 wheel alignment on vehicle.

Corrections: Tire - Rear - LH

**2**                                                                          0.00

Installed new tire on left rear of vehicle due to vibration.

**Parts Replaced or Added**

| Part | Quantity |
| --- | --- |
| 245/45R19 MICHELIN PRIMACY MXM4 TIRE (1065205-00-A) | 1 |
| Tire Disposal Fee (1025331-00-A) | 1 |

Pay Type: Goodwill - Service

Concern: Perform courtesy inspection.

Corrections: Courtesy Inspection

-Checked for Active alerts: No active alert exist
-Checked firmware version: Updated to latest Version
-Topped off washer fluid.
-Verified wiper and washer jet operation:  Good no other issue.
-Tested and inspected customer's charge cable :  Tested with a shop cable at 40 amps
without issue.

**3**  -Set tire pressure to proper specifications:                          0.00
-Measured tire tread depth at:
```
     (Outer)  (Center) (Inner)
LF:   /32      8/32     /32
RF:   /32      8/32     /32
LR:   /32      8/32     /32
RR:   /32      8/32     /32
```

Pay Type: Goodwill - Service

| | |
| --- | --- |
| Service Center hourly rate: USD 175.00 | Total Labor & Miscellaneous Items | 0.00 |
| All parts are new unless otherwise specified. | Total Parts | 0.00 |
| Notes: | Shipping | 0.00 |
| | Discount | 0.00 |
| | Referral Credit | 0.00 |
| | **Subtotal** | **0.00** |
| Payment Terms: | Sales Tax | 0.00 |
| Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT | **TOTAL AMOUNT** | **0.00** |

Additional Amount   Revised Estimate   Job Number   Date & Time   Approved By (# If By Phone)

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service; items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged a storage fee from the fourth working day after you are notified that repairs on your vehicle are complete.

You may request to receive replaced parts, except parts normally sold on an exchange basis or subject to a manufacturer's warranty.

The warranty for any service or repair work performed by Tesla on your vehicle, if any, is set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla disclaims all other express or implied warranties with respect to any repairs or products used in repairs. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

Signature: _____                                    Date: _____

I hereby authorize the repair work about to be done along with the necessary material and agree that Tesla Motors is not responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond Tesla's control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Tesla Motors and its employees to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. The distance could be as little as a couple of miles or could be as high as 100-200 miles. Customer understands and approves the driving of miles associated with diagnosis and testing. Any express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Any warranties on products sold hereby are those are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said parts. Any limitation contained herein does not apply where prohibited by law.







**TESLA MOTORS**
135 Route 22 East,
Springfield, NJ 07081
Ph: (973) 921-0925
Fax:

**Invoice**

SERVICE DEPARTMENT HOURS
Mon-Fri: 9:00 a.m. to 6:00 p.m.

E.P.A.ID# NJR986639698

| | | |
|---|---|---|
| Invoice Date | Reference Number | |
| 12-Jul-2018 | RONC9821023585 | |
| Date/Time Received | Date/Time Promised | |
| 12-Jul-2018 3:36 p.m. | | |
| Odometer In | Odometer Out | |
| 13165 Miles | 13180 Miles | |
| Ready Date | | |
| 16-Jul-2018 | | |
| Service Advisor | | |
| Christopher Linares | | |

**Bill To**
arun kandra
119 emerald valley ln,
basking ridge, NJ 07920
kandra999@gmall.com

| Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|
| 7325956775 | | 5YJSA1E26HF228829 |
| Year | Model | License Plate | Color |
| 2017 | Model S | | Pearl White Multi-Coat Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| | Concern: Perform courtesy inspection. | |
| | Corrections: Courtesy Inspection | |
| **1** | - Pulled logs and checked for active faults: No active faults found<br>- Checked firmware version: Updated to latest version<br>- Topped off washer fluid.<br>- Verified wiper and washer jet operation: Good, no issue.<br>- Vehicle charged normally @40amps.<br>- Adjusted tire pressure to Factory Specification<br>- Measured tire tread depth at: | 0.00 |

```
          (Outer)  (Center)  (Inner)
LF:  6/32     9/32      5/32
RF:  7/32     7/32      7/32
LR:  7/32     8/32      6/32
RR:  7/32     9/32      7/32
```

Corrections: Car Wash

Performed hand car wash and vacuum.

Pay Type: Goodwill - Service



PLAINTIFF'S
EXHIBIT
D

Concern: Customer: my car is making a sound when I exit the vehicle

Corrections: Fan - Condenser - RH

Removed and replaced RH condenser as it was causing some whistling. Tech removed and replaced unit with an updated unit, performed a function test and sound is no longer present at this time.

**2**    **Parts Replaced or Added**                                                0.00

| Part | Quantity |
|------|----------|
| SUBCOOL FAN SHROUD ASSEMBLY (6008358-00-D) | 1 |

Pay Type: Warranty

Concern: Customer: the blower is louder than when I bought the vehicle new

Corrections: Motor - Fan assembly - HVAC

Removed and replaced blower. Tech performed a function test and new blower is operating as designed at this time.

**3**    **Parts Replaced or Added**                                                0.00

| Part | Quantity |
|------|----------|
| HVAC BLOWER ASY (1051864-00-A) | 1 |

Pay Type: Warranty

Concern: Customer: my vehicle shakes at 65-80mph

Corrections: Rebalance 4 Tires

Performed a re-balance of all four wheels. Tech re-balanced wheels and mounted tires. Tires were adjusted to the correct pressure. Tech performed a function test and vehicle is operating as designed at this time.

**4**                                                                              0.00

Pay Type: Goodwill - Service

Concern: Customer: when my seat is being moved back it has a loud sound

MISC Items: Parts Not Available - Add to future service visit.

Parts not available, we will advice customer when seat has arrived.

**5**     Pay Type: Goodwill - Service                                               0.00

| | | |
|---|---|---|
| Service Center hourly rate: USD 175.00 | Total Labor & Miscellaneous Items | 0.00 |
| All parts are new unless otherwise specified. | Total Parts | 0.00 |
| Notes: | Shipping | 0.00 |
| | Discount | 0.00 |
| | Referral Credit | 0.00 |
| | **Subtotal** | **0.00** |
| Payment Terms: | Sales Tax | 0.00 |
| Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER WITH YOUR PAYMENT | **TOTAL AMOUNT** | **0.00** |

| Additonal Amount | Revised Estimate | Job Number | Date & Time | Approved By (# If By Phone) |
|---|---|---|---|---|

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service; items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged a storage fee from the fourth working day after you are notified that repairs on your vehicle are complete.

You may request to receive replaced parts, except parts normally sold on an exchange basis or subject to a manufacturer's warranty.

The warranty for any service or repair work performed by Tesla on your vehicle, if any, is set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla disclaims all other express or implied warranties with respect to any repairs or products used in repairs. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

**Signature:** _____      **Date:** _____

I hereby authorize the repair work about to be done along with the necessary material and agree that Tesla Motors is not responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond Tesla's control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Tesla Motors and its employees to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. The distance could be as little as a couple of miles or could be as high as 100-200 miles. Customer understands and approves the driving of miles associated with diagnosis and testing. Any express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Any warranties on products sold hereby are those are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said parts. Any limitation contained herein does not apply where prohibited by law.





**TESLA MOTORS**
135 Route 22 East,
Springfield, NJ 07081
Ph: (973) 921-0925
Fax:

**Invoice**

**SERVICE DEPARTMENT HOURS**
Mon-Fri: 9:00 a.m. to 6:00 p.m.

E.P.A.ID# NJR986639698

| | |
|---|---|
| Invoice Date | Reference Number |
| 24-Oct-2018 | RONC9821023607 |
| Date/Time Received | Date/Time Promised |
| 24-Oct-2018 10:29 a.m. | |
| Odometer In | Odometer Out |
| 22025 Miles | 22032 Miles |
| Ready Date | |
| 25-Oct-2018 | |
| Service Advisor | |
| Orlando Trespalacios | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| arun kandra | 7325956775 | | 5YJSA1E26HF228829 |
| 119 emerald valley ln, | | | |
| basking ridge, NJ 07920 | Year | Model | License Plate | Color |
| kandra999@gmail.com | 2017 | Model S | | Pearl White Multi-Coat Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| | Concern: VSC[FL] Customer: C/S front left seat motor is making noise when moving back | |
| | Corrections: Seat Assembly - Driver's | |
| | Driver side seat was removed and replaced. Function test verified seat is operating as designed. | |
| **1** | **Parts Replaced or Added** | 0.00 |
| | Part | Quantity |
| | US MS LHD 1R LH SEAT ASY PUR WHT (9876540-01-A) | 1 |
| | Pay Type: Warranty | |
| | Concern: Perform courtesy inspection. | |
| | Corrections: Courtesy Inspection | |
| **2** | - Pulled logs and checked for active faults: No active faults found<br>- Checked firmware version: loaded to latest version<br>- Topped off washer fluid.<br>- Verified wiper and washer jet operation: Good, no issue.<br>- Checked all seat belts and latches.<br>- Vehicle charged normally<br>- Adjusted tire pressure to B pillar specification<br>- Measured tire tread depth at: | 0.00 |

     (Outer)  (Center)  (Inner)
LF:  7/32    8/32     7/32
RF:  5/32    6/32     5/32
LR:  4/32    5/32     5/32
RR:  6/32    7/32     6/32

Pay Type: Goodwill - Service



PLAINTIFF'S
EXHIBIT
E

**3**

Concern: VSC[FL] Customer: states there is a vibration present going over 70 mph. 3rd time comeback.

Corrections: Interior NVH General Diagnosis Conclusion: No Trouble Found

Technicians were unable to replicate customers concern. Test drive with customer will be needed to diagnosis customers concern. No trouble found at this time.

Pay Type: Goodwill - Service

0.00

**4**

Concern: Customer: Brake pedal feels like it is lose.

Corrections: Brake Pedal General Diagnosis

Brake pedal was inspected and function tested. No trouble found at this time. Brake pedal is operating as designed.

Pay Type: Warranty

0.00

**5**

Concern: Customer: I hear static noise occasionally when radio is off.

Corrections: Audio System - Speakers Subwoofer Amplifier General Diagnosis Conclusion: No Trouble Found

Technicians were unable to replicate customers concern at this time. No trouble found

Pay Type: Goodwill - Service

0.00

Service Center hourly rate: USD 175.00

All parts are new unless otherwise specified.

| | |
|---|---|
| Total Labor & Miscellaneous Items | 0.00 |
| Total Parts | 0.00 |
| Shipping | 0.00 |
| Discount | 0.00 |
| Referral Credit | 0.00 |
| **Subtotal** | **0.00** |
| Sales Tax | 0.00 |
| **TOTAL AMOUNT** | **0.00** |

Notes: ***Pre-Diagnosed By: [Vinny and Zak]***
Pre-write link: RONC9821023607
Parts:

[FASTLANE]
Concern 1: SOP driver side seat

Pre-diagnosis Recommendations: Install SOP driver front seat
Parts:

[FASTLANE]
Concern 2: Customer states please check over vibration at 70+ mph 3rd
time come back

Pre-diagnosis Recommendations: :Previous visits show that the tires and
wheels got roadforced balanced previously and vibration is still present.
Seperate tires and inspect for seperated foam. Verify wheels are not bent.
Inspect tire wear. Torque suspension
Parts:

Payment Terms:
Due upon receipt. PLEASE QUOTE THE INVOICE NUMBER
WITH YOUR PAYMENT

| Additional Amount | Revised Estimate | Job Number | Date & Time | Approved By (# If By Phone) |
|---|---|---|---|---|

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your
vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information
stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for
its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive
the vehicle in preparation for service; Items may be returned within 30 days with a proof of purchase and must be in their original and
uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby
acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the
vehicle while it is in Tesla's possession; and you may be charged a storage fee from the fourth working day after you are notified that
repairs on your vehicle are complete.

You may request to receive replaced parts, except parts normally sold on an exchange basis or subject to a manufacturer's warranty.

The warranty for any service or repair work performed by Tesla on your vehicle, if any, is set forth in your Tesla-issued New Vehicle Limited
Warranty or other extended service agreement. Tesla disclaims all other express or implied warranties with respect to any repairs or
products used in repairs. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

Signature:                                                                              Date:
_____                    _____

I hereby authorize the repair work about to be done along with the necessary material and agree that Tesla Motors is not responsible for loss or damage to the vehicle or
articles left in the vehicle in case of fire, theft, or any other cause beyond Tesla's control or for any delays caused by unavailability of parts or delays in parts shipments by
the supplier or transporter. I hereby grant Tesla Motors and its employees to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of
testing and/or inspection. The distance could be as little as a couple of miles or could be as high as 100-200 miles. Customer understands and approves the driving of miles
associated with diagnosis and testing. Any express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto. Any warranties on
products sold hereby are those are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty
of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale
of said parts. Any limitation contained herein does not apply where prohibited by law.





CAM-L-001006-19   03/12/2019 2:03:24 PM  Pg 31 of 35 Trans ID: LCV2019444613

**Tesla Inc.**
135 Route 22 East
Springfield, NJ 07081
Ph: (973) 921-0925
Fax:

**Invoice**

SERVICE DEPARTMENT HOURS
Mon-Fri: 9:00 a.m. to 6:00 p.m.

E.P.A.ID# NJR986639698

PAID

| | |
|---|---|
| Invoice Date | Invoice Number |
| 31-Jan-2019 | US-009-0000355336 |
| Date/Time Received | Date/Time Promised |
| 26-Jan-2019 08:56 AM | |
| Odometer In | Odometer Out |
| 29182.1 Miles | 29228.9 Miles |
| Ready Date | |
| 01/31/2019 10:38:34 | |
| Service Advisor | |
| Vincent Trentin | |

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Arun Kandra | (732) 595-6775 | | 5YJSA1E26HF228829 |
| 119 emerald valley ln | | | |
| basking ridge, NJ 07920 | Year | Model | License Plate | Color |
| kandra999@gmail.com | 2017 | Model S | | Pearl White Multi-Coat Paint |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| | Customer is experiencing severe road noise | |

**1**

Upon road test with customer, customer is experiencing vibrations at 90+ mph. Explained to customer that excessive speeds will cause road vibrations and less road dampening will be present. Also explained that the low tread on tires may contribute to this concern. Customer declined tires at this time. Performed suspension torque and safety inspection of sub-frame to ensure all suspension components are up to Tesla Standards.

**Correction: Exterior NVH General Diagnosis**

Pay Type: Goodwill - Service       0.00

Bluetooth keeps disconnecting erratically. Customer doesn't have timestamps,

Vehicle received a new MCU as per line #5, therefore a new bluetooth module was placed. Advise customer to function test upon pick-up to verify proper operation.

**Correction: Audio System - Bluetooth General Diagnosis**

**2**

Pay Type: Warranty       0.00



PLAINTIFF'S
EXHIBIT
F

Clunky noise from under the car when I suddenly step on gas. - this is upon hard acceleration when going from 20mph to 60 mph - it is intermittent- REPEATED CONCERN - could not verify it last time he was here

Removed and replaced front half-shafts and jack-shaft assemblies. Road tested and verified proper operation. Advised customer that excessive acceleration under standard/high/very high suspension settings will cause premature wear of the axles causing the vibration/clunking noise heard. Advised customer to keep the vehicle at the Low height suspension setting when heavy acceleration is needed.

**Correction: Exterior NVH General Diagnosis**

**Correction: Halfshaft Assembly - Front - LH**

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| HALFSHAFT, FR, LH, MODEL S HPDM (1030615-00-B) | 1 |

**Correction: Halfshaft Assembly - Front - RH**

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| HALFSHAFT, FR, RH, MODEL S HPDM (1030616-00-B) | 1 |

**Correction: Jackshaft Assembly - Front**

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| BOLT HF M10x35 PC109 MAT (1054401-00-A) | 2 |
| JACKSHAFT ASSY, FR (1030632-00-A) | 1 |
| NUT HF M24x1.5 [8.8] ZnFl-W (1020297-00-A) | 2 |
| WASHER SAFETY M24x39 (1020296-00-B) | 2 |

Pay Type: Warranty     0.00

Front side and rear windows keep fogging especially when driving at night time. Even with the defrost on - there are still big size patches that are foggy

Performed thermal system test and all thermal systems are operating as designed at this time. Advise customer to precondition his vehicle before entering.

**Correction: General Pre-Diagnosis**

Pay Type: Warranty     0.00

CAM-L-001006-19   03/12/2019 2:03:24 PM  Pg 33 of 35 Trans ID: LCV2019444613

Car doesn't start powering up for a long time. This is going on for over 2 months. I thought this is normal but gets worse day by day.

Diagnostics show the media control unit is not functioning appropriately. Removed and replaced the media control unit, pushed updated firmware to ensure proper communication, and function tested to confirm concern has been rectified.

**Correction: General Pre-Diagnosis**

**Correction: Media Control Unit (Touchscreen)**

**5**

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| MCU NA PREMIUM MODEL S/X (1045006-00 -D) | 1 |

Pay Type: Warranty          0.00

Perform Courtesy Inspection

- Pulled logs and checked for active faults: No active faults found- Checked firmware version: Updated to latest version- Topped off washer fluid.- Verified wiper and washer jet operation: Good, no issue.- Checked all seat belts and latches.- Vehicle charged normally @40amps.- Measured tire tread depth at:
(Outer)  (Center)   (Inner)LF:  5/32       5/32        6/32RF:  4/32       5/32
5/32LR:  4/32       4/32       5/32RR:  5/32       5/32        5/32

**Correction: Courtesy Inspection**

**6**

Pay Type: Goodwill - Service      0.00

Tires are low on tread, recommend replacement.

| | Price | Adjustment | Subtotal |
|---|-------|-----------|----------|
| **Correction: No Labor Performed - Customer Did Not Authorize Repairs** | 0.00 | 0.00 | 0.00 |

**7**

Pay Type: Customer Pay      0.00

Total Job Parts: 0.00

Total Labor & Miscellaneous Items: 0.00

Service Center hourly rate: 175

All parts are new unless otherwise specified.

Notes:

Payment Terms:
Due upon receipt.

| | |
|---|---|
| Subtotal Labor & Miscellaneous Items | 0.00 |
| Labor & Miscellaneous Items Price Adjustment | 0.00 |
| Total Labor | 0.00 |
| Subtotal Parts | 0.00 |
| Parts Price Adjustment | 0.00 |
| Total Parts | 0.00 |
| Shipping | 0.00 |
| Referral Credit | 0.00 |
| Subtotal | 0.00 |
| Sales Tax | 0.00 |
| TOTAL AMOUNT | 0.00 |
| TOTAL PAID | 0.00 |
| DUE AMOUNT | 0.00 |

I authorize the repair work, including parts, materials and labor, on my vehicle to be done as set forth in this service agreement document.

**Signature:**                                                                                    **Date:**

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle for the sole purpose of testing and/or inspection of repairs; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; Tesla and its employees will turn off any photo or video capturing devices, such as dashboard cameras, once we receive the vehicle in preparation for service; items may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied); an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs and storage; the owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged $35 per day for storage fees from the fourth working day after you are notified that repairs on your vehicle are complete.

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New Vehicle Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Customer paid Tesla branded parts are covered under "Parts,Body, and Paint Limited Warranty" for the period of 12 months. Please visit https://www.tesla.com/support for exceptions, exclusions, and limitations.

Michael Power, Esq.                    **ATTORNEY FOR PLAINTIFF**
Power & Associates, P.C.
1790 Wilmington Pike
Suite 200
Glen Mills, PA 19342
610-558-6220
ID: 036611986


| | | |
|---|---|---|
| SANDHYA KAMINENI And | : | |
| ARUN KANDRA | : | **SUPERIOR COURT OF** |
| 119 EMERALD VALLEY LANE | : | **NEW JERSEY-CAMDEN COUNTY** |
| BASKING RIDGE NJ 07920 | : | **CIVIL ACTION** |
| | : | |
| v. | : | **LAW DIVISION** |
| | : | |
| TESLA, INC. | : | **NO.** |
| 3500 DEER CREEK ROAD | : | |
| PALO ALTO CA 94304 | : | **JURY TRIAL DEMANDED** |
| | : | |

### JURY TRIAL DEMAND

**TO THE CLERK OF COURT:**

Plaintiffs hereby demand a trial by jury in the above-captioned matter.

POWER & ASSOCIATES, P.C.

MICHAEL POWER
MDP - 0286
Attorney for Plaintiffs
1790 Wilmington Pike, Suite 200
Glen Mills, PA 19342
610-558-6220

14