## LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO

A PROFESSIONAL CORPORATION INCORPORATED IN THE COMMONWEALTH OF PENNSYLVANIA

ATTORNEYS AT LAW
1300 ROUTE 73
SUITE 307
MT. LAUREL, NJ 08054
(856) 778-5544

FAX: (856) 793-0237
WWW.LAVIN-LAW.COM

PENNSYLVANIA OFFICE
SUITE 500
190 NORTH INDEPENDENCE MALL WEST
6TH & RACE STREETS
PHILADELPHIA, PA 19106
(215) 627-0303

FAX: (856) 793-0237

MICHAEL J. QUINN
RESIDENT NEW JERSEY SHAREHOLDER

WRITER'S DIRECT DIAL NUMBER
(215) 351-7576

NEW YORK OFFICE
420 LEXINGTON AVENUE
GRAYBAR BUILDING
SUITE 335
NEW YORK, NY 10170
(212) 319-6898

FAX: (212) 319-6932
OF COUNSEL
G. WESLEY MANUEL, JR.

WRITER'S E-MAIL ADDRESS
MWOZNY@LAVIN-LAW.COM

August 28, 2019

**Via E-filing**

Honorable Karen M. Williams
United States Magistrate Judge
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets, Room 2040
Camden, New Jersey 08101-0888

      Re:    Sandhya Kamineni and Arun Kandra v. Tesla, Inc.
              U.S.D.C. for the District of New Jersey; Docket No. 19-cv-14288
              File No. 10121-1908493

Dear Judge Williams:

      Our office represents Tesla, Inc. in the above referenced matter. An Initial Scheduling Conference with Your Honor is currently scheduled for September 4, 2019. Please accept this letter as a request to adjourn the Scheduling Conference pending the resolution of Tesla, Inc.'s Motion To Dismiss Plaintiffs' Complaint and Compel Arbitration Pursuant to Fed. R. Civ. P. 12(b)(6), which was filed on July 3, 2019 and returnable before Judge Robert B. Kugler on August 5, 2019. By way of necessary background, Tesla, Inc.'s motion requests that this Court dismiss Plaintiffs' Complaint so that this matter may proceed to binding arbitration consistent with the contractual arbitration provision contained in the sales agreement for the vehicle at issue in this matter. Plaintiffs have opposed the motion. Because this motion remains pending, Tesla, Inc. respectfully requests an adjournment of the initial scheduling conference until the motion to dismiss is resolved. Plaintiffs' counsel consents to this request.

**LAVIN, O'NEIL, CEDRONE & DISIPIO**

Honorable Karen M. Williams
August 28, 2019
Page 2

    Thank you for your consideration in this matter.

                                                    Respectfully,

                                                    Michael J. Wozny

MJW/ch
cc:    Michael Power, Esquire (via email)
2098578v1